# TABLE OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Second Amended Complaint (Dkt. No. 18) |
| 2 | Scene diagram marked by Deputy Rushing at deposition |
| 3 | Scene diagram marked by Sr. Deputy Cockrell at deposition |
| 4 | Scene diagram marked by Deputy DeBarge at deposition |
| 5 | Image of Neighborhood |
| 6 | Scene Diagram, Revised 07-12-2018, and Measurements Table |
| 7 | Photographs of patio at 695 Russell Way with evidence markers |
| 8 | Scene diagram marked by Deputy Winebrenner at deposition |
| 9 | Deputy Rushing Body Camera Video<br>A: BODY.X78067554.1280.170212.185530.1831.MP4<br>B: BODY.X78067554.1280.170212.192532.1673.MP4<br>C: BODY.X78067554.1280.170212.203220.1831.MP4 |
| 10 | Deputy Rushing COBAN Video |
| 11 | Photograph of knife found in backyard at 655 N. La Cumbre Rd. |
| 12 | Ten (10) photographs of 695 Russell Way exterior |
| 13 | SBSO Supplemental Report No. 43 and four (4) aerial photographs of 695 Russell Way taken on February 13, 2017 |
| 14 | Photograph of knife in Carreno's possession at 695 Russell Way |
| 15 | DVD of six (6) video sequences prepared by NCAVF |
| 16 | Incident Detail Report (pages 1- 6) |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 17 | NMS Labs Toxicology Report |
| 18 | Sr. Deputy Joshua Cockrell Deposition Transcript |
| 19 | Deputy Robert DeBarge Deposition Transcript |
| 20 | Deputy Kenneth Rushing Deposition Transcript |
| 21 | Deputy Dustin Winebrenner Deposition Transcript |
| 22 | Sergeant William Henebry Deposition Transcript |
| 23 | Nicolas Carreno Deposition Transcript |
| 24 | Nicholas Carreno Initial 911 Call Audio |
| 25 | SBSO Supplemental Report No. 20 |