## TABLE OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A | Relevant pages from the transcript of the deposition of Deputy Dustin Winebrenner, conducted on February 21, 2019. |
| B | Relevant pages from the transcript of the deposition of Deputy Joshua Cockrell, conducted on February 14, 2019. |
| C | Relevant pages from the transcript of the deposition of Deputy Robert DeBarge, conducted on February 15, 2019. |
| D | Relevant pages from the transcript of the deposition of Deputy Shane Moore, conducted on February 14, 2019. |
| E | Relevant pages from the transcript of the deposition of Deputy Kenneth Rushing, conducted on February 14, 2019. |
| F | Relevant pages from the transcript of the deposition of Sergeant William Henebry, conducted on February 21, 2019. |
| G | Relevant pages from the transcripts of the recorded interviews of SBSO deputies by SBSO detectives post-shooting, as provided in Defendants' disclosures under Rule 26, Federal Rules of Civil Procedure. |
| H | Relevant page from the SBSO Policy Manual, Policy 464, marked by the reporter as Exhibit 1 at the deposition of Deputy Kenneth Rushing, conducted on February 14, 2019. |