# TABLE OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 26 | Santa Barbara County Sheriff's Office Policy 310 "Officer-Involved Shootings and Deaths" |
| 27 | Sr. Deputy Joshua Cockrell Deposition Transcript |
| 28 | Deputy Robert DeBarge Deposition Transcript |
| 29 | Deputy Shane Moore Deposition Transcript |
| 30 | Deputy Kenneth Rushing Deposition Transcript |
| 31 | Deputy Dustin Winebrenner Deposition Transcript |