JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| A.C., ET AL., | Case No: 2:18-cv-3694-SK |
|---|---|
| Plaintiffs, | **ORDER ON STIPULATION RE: PLAINTIFF A.C.'S DISMISSAL OF ACTION** |
| v. | |
| COUNTY OF SANTA BARBARA, ET AL., | |
| Defendants. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:**

Pursuant to stipulation of the parties by and through their respective counsel, Plaintiff A.C.'s claims and causes of action in the above-captioned action are voluntarily dismissed with prejudice against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: September 25, 2020

HON. STEVE KIM
United States Magistrate Judge

1.